IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBRA LANCASTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:11-cv-02666-M |
| | § | |
| PRIME SOURCE CAPITAL | § | |
| MANAGEMENT, LLC | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, DEBRA LANCASTER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: /s/ Michael S. Agruss
      Michael S. Agruss (IL SBN: 6281600)
      Attorneys for Plaintiff
      Krohn & Moss, Ltd.
      10 N Dearborn St. 3rd Floor
      Chicago, IL 60602
      Tel: 323-988-2400 x235
      Fax: 866-620-2956
      magruss@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

  I, Michael S. Agruss, herby certify that on December 30, 2011, Plaintiff's Notice of Settlement was filed via the ECF System.  A copy of said Notice was mailed to the address listed below on the same date via the USPS.

Prime Source Capital management, LLC
3840 East Robinson Rd.
Amherst NY 14228

                By: /s/ Michael S. Agruss
                  Michael S. Agruss, Esq.
                  Attorney for Plaintiff