# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| DEBRA LANCASTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:11-cv-02666-M |
| | § | |
| PRIME SOURCE CAPITAL | § | |
| MANAGEMENT, LLC | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF VOLUNTARY DISMISSAL

DEBRA LANCASTER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PRIME SOURCE CAPITAL MANAGEMENT, LLC., (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By:/s/ Michael S. Agruss
Michael S. Agruss (IL SBN: 6281600)
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10 N Dearborn St. 3rd Floor
Chicago, IL 60602
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I, Michael S. Agruss, herby certify that on January 26, 2012, Plaintiff's Notice of Voluntary Dismissal was filed via the ECF System.  A copy of said Notice was mailed to the address listed below on the same date via the USPS.

Prime Source Capital management, LLC
3840 East Robinson Rd.
Amherst NY 14228

By: /s/ Michael S. Agruss
 Michael S. Agruss, Esq.
 Attorney for Plaintiff